IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHY A. PRIDDY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
Carolyn W. Colvin,

    Defendant.                      No. 12-cv-267-DRH-CJP

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on **May 8, 2013**, the findings and recommendation of the R&R (Doc. 16) are **ADOPTED** and the Commissioner's final decision denying plaintiff Kathy A. Priddy's application for benefits is **AFFIRMED**.

    IT IS SO ORDERED.

Signed this 8th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.08
11:13:15 -05'00'

Chief Judge
United States District Court